DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CHRISTOPHER BEST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2365

———————————————

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher LaBruzzo, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.